UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| YVONNE VAVOUKAKIS,<br><br>                    Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. 2:23-cv-01862-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Request for Entry of Judgment. ECF No. 18. On May 23, 2024, the Court issued an Order remanding this case for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. ECF No. 17. The Court's Order failed to make clear that judgment was entered in favor of Plaintiff and against Defendant.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Request for Entry of Judgment (ECF No. 18) is GRANTED.

IT IS FURTHER ORDERED that judgment is entered in favor of Plaintiff, and against Defendant.

IT IS FURTHER ORDERED that the Clerk of Court shall close this case and enter judgment accordingly.

DATED this 6th day of June, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE